General Judson, Mr. Robert S. Erdahl and Miss Beatrice Rosenberg for the United States. Reported below: 150 F. 2d 788.

No. 339. FISCHER ET AL. v. BOWERS ET AL. October 15, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. Mr. Casimir A. Miketta for petitioners. Respondents pro se.

No. 343. NEALON v. HILL, RECEIVER. October 15, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. Mr. Leslie C. Hardy for petitioner. Mr. Alexander B. Baker for respondent.

No. 345. WILSON v. UNITED STATES. October 15, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. Messrs. John Y. Brown and Cleon K. Calvert for petitioner. Acting Solicitor General Judson, Mr. Robert S. Erdahl and Miss Beatrice Rosenberg for the United States.

No. 346. SACHS ET AL. v. OHIO NATIONAL LIFE INSURANCE Co. October 15, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. Mr. John W. Cragun for petitioners. Mr. Karl Edwin Seyfarth for respondent.

No. 347. F. H. McGRAW & Co., INC. ET AL. v. JOHN T. D. BLACKBURN, INC. ET AL.; and

No. 348. AETNA CASUALTY & SURETY Co. ET AL. v. MILCOR STEEL Co. ET AL. October 15, 1945. Petitions for writs